# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, September 27, 2010**                                                                    **Hearing Room 301**

<u>1:30 pm</u>

**6:10-31843**   Alaina K LayNhem                                                                       **Chapter 13**

**#24.00**   Motion to Determine Secured Value of Real Property; To Stay Post Petition on 2nd Mortgage with Bank of America / Countrywide Home Lending

Mtn/P&A/ Decl fld 9-1-10 - St John Law Offices **[ECF]**

Docket #:   17

**Matter Notes:**

PRESENT:

, for Rod Danielson, Trustee

, for Debtor

, for

( ) Granted         ( ) Denied         ( ) Dismissed

( )   Stipulation by the parties with respect to relief sought to be filed     with the court within 7 days

( )   Continuance - hearing on motion is continued to _____
         at _____ am / pm

(X)   Off calendar

( )   Other

( ) ORDER TO FOLLOW   ( ) TO BE LODGED
( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH     ( ) CHAMBER'S ORDER

( ) CLERK'S ORDER VAN 153   [CHAPTER <u>13'S</u> ONLY]

**Judge:**
   EH _____

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Meredith Jury, Presiding
Courtroom 301 Calendar

Monday, September 27, 2010                                    Hearing Room 301

1:30 pm
Cont....    Alaina K LayNhem                                    Chapter 13

**Tentative Ruling:**
**LIEN STRIP DENY**

Tentative Ruling: The valuation motion will be denied without prejudice for the following reasons:

- Failure to serve Bank of America Corporation by certified mail;
- Failure to serve on an officer of Bank of America.

The hearing is not vacated. However, if movant does not appear at the hearing, the court will rule its tentative. If the reason for denial is the filing of opposition, appearance at the hearing is mandatory.

Party Information

Debtor(s):
    Alaina K LayNhem                                    Represented By
                                                         David A St John

Movant(s):
    Alaina K LayNhem                                    Represented By
                                                         David A St John

Trustee(s):
    Rod (MJ) Danielson (TR)