# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

| Monday, September 27, 2010 | Hearing Room 301 |
|---|---|

2:30 pm

6:10-31843    **Alaina K LayNhem**                                                                  Chapter 13

#119.00    Confirmation of Chapter 13 Plan

**From: 8-30-10**

Docket #:

**Matter Notes:**

PRESENT:    *Danielson*, for Rod Danielson, Trustee

, for Debtor

, for

( ) Confirmed per trustee's recommendation - Plan provisions: % to pay _____

Duration: _____

Payment $ _____

( ) Objection to plan: ( ) Withdrawn  ( ) Sustained  ( ) Overruled

(X) Case Dismissed:

(X) without prejudice    ( ) Under 109(g)

[X] CLERKS BNC ORDER DISMISSING ON_____
[ ] New case may be filed before dismissal is entered.

( ) conversion to chapter 7 in 10 days or dismiss

( ) Continued to _____ at _____ pm

( ) Off calendar

( ) Other